Opinion issued September 12, 2002













In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00592-CR

____________


JORGE FRANCO, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 263rd District Court

Harris County, Texas

Trial Court Cause No. 715554






MEMORANDUM OPINION

 We are without jurisdiction to entertain this appeal. Appellant was
sentenced in this case on June 27, 1996. The deadline for filing notice of appeal was
Monday, July 29, 1996, because the thirtieth day after sentencing fell on a weekend. 
Tex. R. App. P. 4.1(a), 26.2(a)(1). Appellant mailed his notice of appeal on April 22,
2002, more than five years after the deadline. See Tex. R. App. P. 9.2(b).

 We therefore dismiss the appeal for lack of jurisdiction. Slaton v. State, 981
S.W.2d 208, 209-10 (Tex. Crim. App. 1998); Olivo v. State, 918 S.W.2d 519, 522
(Tex. Crim. App. 1996).

 All pending motions are denied as moot.

 It is so ORDERED.

PER CURIAM

Panel consists of Justices Hedges, Keyes, and Duggan. (1)

Do not publish. Tex. R. App. P. 47.
1. The Honorable Lee Duggan, Jr., retired Justice, Court of Appeals, First District
of Texas at Houston, participating by assignment.